UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>   v.<br><br>EDGAR GONZALES,<br><br>        Defendant. | Case No.  20-mj-71425-JCS-1<br><br>**ORDER FOR RELEASE FROM UNITED STATES MARSHAL CUSTODY** |

IT IS HEREBY ORDERED THAT Edgar Gonzales shall be released forthwith from the custody of the United States Marshal on the bond conditions that were issued from the Southern District of California and that the bond package shall be submitted to the Southern District of California no later than **October 7, 2020**.

**IT IS SO ORDERED.**

Dated:  October 5, 2020

                                                JOSEPH C. SPERO
                                                United States Chief Magistrate Judge